DAVIS WRIGHT TREMAINE LLP
Sean M. Sullivan (229104) (seansullivan@dwt.com)
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Tel: (213) 633-6800     Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
Stuart R. Dunwoody (*Pro Hac Vice* pending) (stuartdunwoody@dwt.com)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel: (206) 622-3150     Fax: (206) 757-7201

Attorneys for Defendant and Counterclaim-Plaintiff
HOUGHTON MIFFLIN HARCOURT PUBLISHING
COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| EDGE GAMES, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts corporation; and DOES 1-10, individuals, <br><br> Defendants. <br><br> HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts corporation, <br><br> Counterclaim-Plaintiffs, <br><br> vs. <br><br> EDGE GAMES, LLC, a California limited liability company, <br><br> Counterclaim-Defendant. | Case No. **CV13-02123 VAP (DTBx)** <br><br> **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Action Filed November 19, 2013 <br><br> BY FAX |

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Houghton Mifflin Harcourt Publishing Company ("Defendant" or "HMH") hereby responds to the Complaint filed by Edge Games, LLC ("Plaintiff" or "Edge") as follows.  Unless specifically admitted, all allegations in the Complaint are denied:

1.    Paragraph 1 contains introductory comments and legal conclusions to which no response is required.  To the extent it also contains factual allegations, HMH denies them.

2.    Paragraph 2 contains introductory comments and legal conclusions to which no response is required.  To the extent it also contains factual allegations, HMH denies them.

### JURISDICTION AND VENUE

3.    HMH admits that it conducts business within the state of California and denies that it maintains an office at 11276 5th Street, #100 in Rancho Cucamonga, California.   The remainder of Paragraph 3 states legal conclusions to which no response is required.

4.    Paragraph 4 contains jurisdictional allegations to which no response is required.

5.    The first sentence of Paragraph 5 contains legal conclusions to which no response is required.  To the extent it also contains factual allegations, HMH denies them.   HMH admits that it has sold textbooks and related materials in its *ScienceFusion* program to institutional purchasers in this district; admits, on information and belief, that students and teachers have used those textbooks and related materials within this district; and denies the remaining allegations in the second sentence of Paragraph 5.

ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## THE PARTIES

6.    HMH admits, on information and belief, that Edge Games, LLC is a California Limited Liability Company.   HMH lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6.

7.    HMH denies that it maintains an office at 11276 5th Street, #100 in Rancho Cucamonga, California, and admits the remaining allegations in Paragraph 7.

8.    HMH denies that any subsidiaries or parent companies participated in the acts alleged in the Complaint.

## GENERAL ALLEGATIONS

9.    HMH admits, on information and belief, that Plaintiff owns U.S. Trademark Registration No. 3,370,535, issued January 15, 2008, for the trademark SCIENCE FUSION in International Class 028 for the following goods: "Educational games in the nature of board games, card games, electronic learning toys, and puzzles," and that a copy of the registration certificate is attached as Exhibit 1 to the Complaint, but asserts that the registration is subject to cancellation for abandonment and fraud.  HMH denies the remaining allegations in Paragraph 9.

10.    HMH lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.    HMH denies, on information and belief, that Plaintiff has used the trademark SCIENCE FUSION continuously in commerce since it first adopted the mark, and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11.

12.    HMH lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.    HMH lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14.    HMH admits that it sells textbooks and related materials under the program name *ScienceFusion* and denies the remainder of the first sentence of Paragraph 14.  HMH admits the second sentence of Paragraph 14.

15.    HMH admits that it offers textbooks and related materials in its *ScienceFusion* program for sale through its online website www.hmhco.com to purchasers who have institutional accounts, and that the textbooks and related materials in the *ScienceFusion* program include teachers' editions, "Deluxe Box" products, and "Picture Sorting Cards" for use by Kindergartners.  HMH denies the remaining allegations in Paragraph 15.

## FIRST CLAIM FOR RELIEF
### Federal Trademark Infringement
### 15 U.S.C. § 1114

16.    HMH realleges and incorporates by reference each of its responses to the previous paragraphs of the Complaint as though set forth in full at this point.

17.    HMH denies Paragraph 17.

18.    HMH denies Paragraph 18.

19.    HMH denies Paragraph 19.

20.    HMH denies Paragraph 20.

21.    HMH denies Paragraph 21.

22.    HMH denies Paragraph 22.

## SECOND CLAIM FOR RELIEF
### False Designation of Origin
### 15 U.S.C. § 1125(a)

23.    HMH realleges and incorporates by reference each of its responses to the previous paragraphs of the Complaint as though set forth in full at this point.

24.    HMH admits that it is using the title *ScienceFusion* for a program of textbooks and related materials, and denies the remaining allegations in Paragraph 24.

3

ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

25.   HMH denies Paragraph 25.

26.   HMH denies Paragraph 26.

27.   HMH denies Paragraph 27.

28.   HMH denies Paragraph 28.

### THIRD CLAIM FOR RELIEF

### Unfair Competition

### Cal. Bus. & Prof. Code § 17200

29.   HMH realleges and incorporates by reference each of its responses to the previous paragraphs of the Complaint as though set forth in full at this point.

30.   HMH denies Paragraph 30.

31.   HMH denies Paragraph 31.

32.   HMH denies Paragraph 32.

### FOURTH CLAIM FOR RELIEF

### False Advertising

### 15 U.S.C. § 1125(a)(1)(B)

33.   HMH realleges and incorporates by reference each of its responses to the previous paragraphs of the Complaint as though set forth in full at this point.

34.   HMH admits that it is using the title *ScienceFusion* in connection with advertising a program of textbooks and related materials, and denies the remaining allegations in Paragraph 34.

35.   HMH denies Paragraph 35.

36.   HMH denies Paragraph 36.

37.   HMH denies Paragraph 37.

38.   HMH denies Paragraph 38.

### PRAYER FOR RELIEF

HMH denies that Plaintiff is entitled to the relief requested in Paragraphs 1-4 of its prayer for relief or any other relief whatsoever.

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## AFFIRMATIVE DEFENSES

Without conceding that any of the following defenses necessarily must be pleaded as an affirmative defense or is not already at issue by virtue of the foregoing responses to Plaintiff's allegations, HMH hereby asserts the following defenses. HMH reserves the right to add to or amend its defenses further as additional information is developed through discovery or otherwise.

### FIRST AFFIRMATIVE DEFENSE

The Complaint, or one or more of the counts set forth therein, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks capacity to conduct this litigation.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has abandoned any and all trademark rights that it may have had in the SCIENCE FUSION mark.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by fraud on the U.S. Patent and Trademark Office.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the equitable doctrines of laches, waiver, estoppel, and/or acquiescence.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff cannot show irreparable injury, and therefore is not entitled to injunctive relief.

## COUNTERCLAIM

For its Counterclaim against Plaintiff, HMH states as follows, based on knowledge with respect to its own actions and on information and belief as to the actions of others:

5

ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PARTIES

1.      Counterclaim-Plaintiff Houghton Mifflin Harcourt Publishing Company is a Massachusetts corporation with its principal place of business in Boston, Massachusetts.

2.      On information and belief, Counterclaim-Defendant Edge Games LLC is a California limited liability company with a registered address in Lakeport, California.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the Counterclaim pursuant to 28 U.S.C. §§1331 and 1338 as it arises under the Lanham Act, 15 U.S.C. §1051 et seq., as amended, and pursuant to principles of supplemental jurisdiction.   Venue of the Counterclaim is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS

4.      On information and belief, between January 15, 2008 and July 3, 2013, Edge stopped using the SCIENCE FUSION mark in commerce, with intent not to resume such use.

5.      On July 3, 2013, Edge filed with the U.S. Patent and Trademark Office a Combined Declaration of Continued Use and Incontestability under Sections 8 & 15 of the Lanham Act in connection with U.S. Trademark Registration No. 3,370,535 (the "'535 registration").   In this declaration, Tim Pelzel, Edge's manger, attested under penalty of perjury that the SCIENCE FUSION mark had "been continuously used in commerce for five (5) consecutive years after the date of registration," i.e. January 15, 2008.

6.      On July 18, 2013, the U.S. Patent and Trademark Office issued a Notice of Acknowledgement Under Section 15 in connection with the '535 registration, stating that the Declaration of Incontestability filed for the registration met the

6

requirements of Section 15 of the Trademark Act, 15 U.S.C. § 1058, and acknowledging the declaration.

7.     On information and belief, Mr. Pelzel's statement in the Combined Declaration of Continued Use and Incontestability that the SCIENCE FUSION mark had "been continuously used in commerce for five (5) consecutive years after the date of registration" was false.

8.     On information and belief, Mr. Pelzel knew that his statement in the Combined Declaration of Continued Use and Incontestability regarding continuous use of the SCIENCE FUSION mark was false when he made it on July 3, 2013.

9.     Edge's false statement to the U.S. Patent and Trademark Office in the Combined Declaration of Continued Use and Incontestability was material.  If it had not been made, the U.S. Patent and Trademark Office would not have accepted the Combined Declaration of Continued Use and Incontestability, and Edge would not be able to claim incontestable status for the '535 registration.

### FIRST CLAIM FOR RELIEF

### (Cancellation of Trademark Registration, Lanham Act §§ 14 and 37)

10.     HMH realleges and incorporates by reference each of the allegations set forth in the previous paragraphs of the Counterclaim as though set forth in full at this point.

11.     Edge has abandoned whatever trademark rights it may have had in the designation SCIENCE FUSION.

12.     Edge committed fraud on the U.S. Patent and Trademark Office when it submitted its Combined Declaration of Continued Use and Incontestability stating that the SCIENCE FUSION mark had "been continuously used in commerce for five (5) consecutive years after the date of registration."

13.     HMH has been and will continue to be damaged by the presence on the Principal Register of the U.S. Patent and Trademark Office of the '535registration,

7

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

because Edge relies on that registration and its alleged incontestable status to assert its trademark infringement claim against HMH.

14.     The '535 registration is subject to cancellation pursuant to Section 14 of the Lanham Act, 15 U.S.C. § 1064, because Edge has abandoned the mark that it describes and because Edge committed fraud on the U.S. Patent and Trademark Office in connection with that registration.

15.     Accordingly, the Court should order cancellation of the '535 registration pursuant to Section 37 of the Lanham Act, 15 U.S.C. § 1119.

## PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's Complaint and asserted affirmative defenses and a Counterclaim, HMH asks that the Court grant the following relief:

A.     Dismissing Plaintiff's Complaint with prejudice, and without Plaintiff taking anything thereby;

B.     Ordering the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office to cancel U.S. Trademark Registration No. 3,370,535;

C.     Awarding HMH its reasonable attorneys' fees and costs incurred in this action;

D.     Granting such other and further relief as the Court deems just and proper.

DATED: December 16, 2013

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
STUART R. DUNWOODY

By: _____
          Sean M. Sullivan
Attorneys for Defendant and Counterclaim-
Plaintiff HOUGHTINMIFFLIN HARCOURT
PUBLISHING COMPANY

ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## JURY DEMAND

For all jury-triable issues, Defendants hereby request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: December 16, 2013

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
STUART R. DUNWOODY

By: _____
Sean M. Sullivan
Attorneys for Defendant and Counterclaim-
Plaintiff HOUGHTIN MIFFLIN HARCOURT
PUBLISHING COMPANY

9

ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On December 16, 2013, I served the following document(s) described as:

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.; DEMAND FOR JURY TRIAL**

on the interested parties in this action as stated below:

| | |
|---|---|
| Richard M. Wirtz, Esq.<br>Eric K. Barns, Esq.<br>WIRTZ LAW APC<br>4365 Executive Drive, Ste. 1460<br>San Diego, CA 92121 | rwirtz@wirtzlaw.com<br>ebarns@wirtzlaw.com<br>Phone: (858) 259-5009 |
| Thomas D. Foster, Esq.<br>TD FOSTER – INTELLECTUAL PROPERTY LAW<br>11622 El Camino Real, Ste. 100<br>San Diego, CA 92130 | foster@tdfoster.com<br>Phone: (858) 922-2170 |

☒  (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

Executed on December 16, 2013, at Los Angeles, California.

☒  Federal  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Dee Keegan | _[signature]_ |
| Print Name | Signature |

ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
DWT 23066841v4 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899