Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899
CARLA A. MCCAULEY (State Bar No. 223910)
carlamccauley@dwt.com

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone (206) 622-3150
Fax: (206) 757-7700
STUART R. DUNWOODY (*Pro hac Vice*)
stuartdunwoody@dwt.com

Attorneys for Defendant
HOUGHTON MIFFLIN HARCOURT
PUBLISHING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE GAMES, LLC a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts Corporation; and DOES 1-10,<br><br>    Defendants.<br><hr>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts Corporation,<br><br>    Counter-Claimant,<br><br>    vs.<br><br>EDGE GAMES, LLC a California Limited Liability Company,<br><br>    Counter-Defendant. | Case No. CV13-02123 VAP (DTBx)<br><br>**STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES**<br><br>Current PTC: May 11, 2015<br>Current Trial Date:  May 19, 2015<br><br>Proposed PTC:  July 20, 2015<br>Proposed Trial Date:  Aug. 4, 2015 |

WHEREAS, by Order dated December 3, 2014, the Court extended the initial expert designation deadline in this action to January 6, 2015, the rebuttal expert designation deadline to January 20, 2015 and the discovery cut-off to February 16, 2015, in response to the ex parte application of Plaintiff Edge Games LLC ("Edge Games").

WHEREAS, the Order dated December 3, 2014 has greatly shortened the period between the initial expert designation deadline and the rebuttal expert deadline: in their Stipulation dated October 4, 2014 the parties agreed to a six-week period between initial and rebuttal expert disclosures and the Court approved that schedule in its Order dated October 14, 2014; the Order dated December 3, 2014, however, has now shortened that six-week period to just 15 days.

WHEREAS, good cause exists to continue the rebuttal expert designation deadline, as the current 15-day period between the initial expert disclosure and the rebuttal expert disclosure period does not allow Defendant Houghton Mifflin Harcourt Publishing Company's ("HMH") survey expert adequate time to review the initial report of Plaintiff's survey expert that will be disclosed on January 5, 2015, and to be able to conduct a rebuttal survey and produce a rebuttal expert report detailing the results of that survey.

WHEREAS, good cause exists to continue the rebuttal expert designation deadline to restore the original six-week period between the initial and rebuttal expert designation deadlines previously agreed to by the parties and approved by the Court so as to allow both parties sufficient time to complete their rebuttal reports.

WHEREAS, the extension of the expert deadlines requires moving the remaining dates on the Court's Scheduling Order, including trial, in order to ensure that both parties have sufficient time to complete expert discovery without negatively impacting the remaining deadlines or the parties' ability to prepare for summary judgment or trial.

WHEREAS, lead counsel for HMH, Stuart Dunwoody, has an existing two-

STIPULATION TO CONTINUE DATES
DWT 25506250v1 0096293-000007

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 week trial in this Court before the Honorable André Birotte, set for June 30, 2015
2 that is expected to last at least two weeks, and therefore respectfully requests that any
3 continued trial date be set no earlier than August 4, 2015 so as not to conflict with the
4 other scheduled trial date.

5     WHEREAS, this case is currently scheduled to proceed as follows:
6     Initial Disclosure of Experts, Including Reports: 1/5/2015
7     Rebuttal Disclosure of Experts, Including Reports: 1/20/2015
8     Discovery Cutoff: 2/16/2015
9     Summary Judgment Motion Hearing Cut-Off: 3/30/2015
10     Pre-Trial Conference: 5/11/2015
11     Trial: 5/19/2015
12     NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT,
13 THE PARTIES AGREE TO THE FOLLOWING REVISED SCHEDULE:
14     Rebuttal Disclosure of Experts, Including Reports: 2/17/2015 (Set for
15 Tuesday, as 2/16/2015 is a holiday)
16     Discovery Cutoff: 3/9/2015
17     Summary Judgment Motion Hearing Cut-Off: 5/4/2015
18     Pre-Trial Conference: 7/20/2015
19     Trial: 8/4/2015
20 So Stipulated.
21 DATED: December 10, 2014

| | |
|---|---|
| WIRTZ LAW APC | DAVIS WRIGHT TREMAINE LLP |
| RICHARD M. WIRTZ | CARLA A. MCCAULEY |
| ERIN K. BARNS | STUART R. DUNWOODY |
| | |
| By: /s/Richard M. Wirtz_____ | By: /s/Carla A. McCauley_____ |
|     Richard M. Wirtz |     Carla A. McCauley |
| Attorneys for Plaintiff | Attorneys for Defendant |
| EDGE GAMES, LLC | HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY |

2
STIPULATION TO CONTINUE DATES
DWT 25506250v1 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF STUART DUNWOODY

I, Stuart R. Dunwoody, declare as follows:

1. I am licensed to practice law before all the courts in the States of Washington and Oregon, have been admitted *pro hac vice* in this action, and am admitted to the United States Court of Appeals for the Ninth Circuit. I am a partner at Davis Wright Tremaine LLP, counsel for Defendant/Counterclaimant Houghton Mifflin Harcourt Publishing Company ("HMH"). I submit this Declaration in support of the parties' Stipulation to Continue Scheduling Order Dates. I have personal knowledge of the facts contained herein, and, if called upon as a witness, I could and would testify competently about these facts, except for those matters stated expressly upon information and belief, which matters are believed to be true.

2. This is the first request by Defendant HMH to advance dates set by the Court in its Scheduling Orders. HMH previously stipulated on October 4, 2014 to Plaintiff Edge Games' request to continue the Court's original Scheduling Order. When it agreed to stipulate to that previous continuance request, HMH told Edge Games that HMH needed a six-week period between initial and rebuttal expert disclosures. HMH did so to ensure that its survey expert would have enough time to conduct a rebuttal survey to respond to whatever survey Edge Games' expert discloses at the initial expert disclosure deadline. Edge Games agreed to HMH's request. The parties' stipulation, which this Court entered by Order dated October 14, 2014, therefore provided for an initial expert disclosure deadline of December 5, 2014 and a rebuttal period six weeks later, on January 16, 2014.

3. HMH recently opposed Plaintiff Edge Games' ex parte application to further continue the initial expert discovery deadline, which this Court granted by Order dated December 3, 2014. The Court's December 3 Order reduced from six weeks to 15 days the period of time between the initial expert disclosure deadline and the rebuttal expert disclosure deadline.

STIPULATION TO CONTINUE DATES
DWT 25506250v1 0096293-000007

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4. Good cause exists to continue the rebuttal expert discovery period from January 20, 2015 to February 17, 2015, in order to restore the six-week period between the initial expert disclosure deadline and the rebuttal expert disclosure deadline that the parties previously agreed to and the Court previously approved. I have conferred with HMH's survey expert, who has advised me that the current 15-day period between the initial expert disclosure deadline set for January 6, 2015 and the rebuttal expert disclosure deadline of January 20, 2015 is not enough time for him to review the initial expert report of Plaintiff Edge Games' survey expert, prepare and conduct a rebuttal survey, and prepare a rebuttal expert report. HMH's survey expert has informed me that he requires a minimum of 30 days to prepare and conduct the rebuttal survey, and additional time to prepare a rebuttal report. Consequently, HMH respectfully requests that the six-week period originally agreed to by the parties and entered by this Court in its October 14, 2014 Scheduling Order be restored.

5. Good cause exists to continue the remaining Scheduling Order dates so as to allow both parties time to complete their rebuttal reports and discovery in this action without interfering with preparations for summary judgment and trial. Specifically, HMH anticipates that its summary judgment motion will be based, in part, upon the testimony of the initial and rebuttal experts designated by both parties, and therefore the hearing date for summary judgment must be continued in order to avoid having the filing deadline for summary judgment not to coincide with the expert designation deadlines and the subsequent discovery deadline.

6. Good cause exists to advance the trial date to August 4, 2015, as I have a long-standing trial before Judge Birotte in this Court that is set to commence on June 30, 2015 and is expected to last at least two weeks. Consequently, no continued

//

//

STIPULATION TO CONTINUE DATES
DWT 25506250v1 0096293-000007

4

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Case 5:13-cv-02123-VAP-DTB Document 39 Filed 12/10/14 Page 6 of 6 Page ID #:285

trial in this action could be set before August 4, 2015 without substantially overlapping and interfering with my other scheduled trial date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2014.

*/s/ Stuart R. Dunwoody*
Stuart R. Dunwoody

5.

STIPULATION TO CONTINUE DATES
DWT 25506250v1 0096293-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899