# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 13-02123-VAP (DTBx)**                      Date: **June 18, 2015**

Title:  **Edge Games, LLC v. Houghton Mifflin Harcourt Publishing Company, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| D. Castellanos | CourtSmart RS#3 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEY PRESENT FOR PLAINTIFF(S):         ATTORNEY PRESENT FOR DEFENDANT(S):
Erin Barns                                                              Stuart Dunwoody

**PROCEEDINGS:**     **TELEPHONIC CONFERENCE**

A telephonic status conference was held. Attorney Erin Barns appeared on behalf of the plaintiff. Attorney Stuart Dunwoody appeared on behalf of the defendants. The parties informed the Court that they have reached a settlement. Upon execution of the settlement agreement, counsel are to file a Notice of Settlement with the Court.

00 : 06

Initials of Deputy Clerk   DC

MINUTES FORM 11
CIVIL-GEN