JS-6

Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899
CARLA A. MCCAULEY (State Bar No. 223910)
carlamccauley@dwt.com
DIANA PALACIOS (State Bar No. 290923)
dianapalacios@dwt.com

Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone (206) 622-3150
Fax: (206) 757-7700
STUART R. DUNWOODY (*Pro hac Vice*)
stuartdunwoody@dwt.com

Attorneys for Defendant and Counter-Claimant
HOUGHTON MIFFLIN HARCOURT
PUBLISHING COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE GAMES, LLC a California Limited Liability Company,<br><br>     Plaintiff,<br><br> vs.<br><br>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts Corporation; and DOES 1-10,<br><br>     Defendants.<br><br>HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, a Massachusetts Corporation,<br><br>     Counter-Claimant,<br><br> vs.<br><br>EDGE GAMES, LLC a California Limited Liability Company,<br><br>     Counter-Defendant. | Case No. EDCV13-02123 VAP (DTBx)<br><br>**[PROPOSED]** **DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. This action shall be dismissed in its entirety with prejudice;
2. Each party shall bear its own attorneys' fees and costs; and
3. The Court shall retain jurisdiction for enforcement of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: July 16, 2015

_____
Honorable Virginia A. Phillips
U.S. DISTRICT COURT JUDGE